UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tonya Koch,

        Plaintiff,     Case No. 18-cv-10146

v.     Judith E. Levy
    United States District Judge

Commissioner of Social Security,

    Mag. Judge David R. Grand

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [18]

This is a Social Security appeal. Before the Court is Magistrate Judge David R. Grand's report and recommendation (Dkt. 18) recommending the Court deny plaintiff's motion for summary judgment (Dkt. 12) and grant defendant's motion for summary judgment (Dkt. 16). The parties were required to file specific written objections to the report and recommendation within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The court has nevertheless thoroughly reviewed the report and recommendation and concurs in the reasoning and result. Accordingly,

The report and recommendation (Dkt. 18) is **ADOPTED**;

Plaintiff's motion for summary judgment (Dkt. 12) is **DENIED**;

Defendant's motion for summary judgment (Dkt. 16) is **GRANTED**; and

The findings of the Commissioner are **ADOPTED** and this case is hereby **DISMISSED**.[1]

IT IS SO ORDERED.

Dated: February 26, 2019　　　　s/Judith E. Levy
　　　Ann Arbor, Michigan　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 26, 2019.

　　　　　　　　　　　　　　　　s/Shawna Burns
　　　　　　　　　　　　　　　　SHAWNA BURNS
　　　　　　　　　　　　　　　　Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have waived any further right of appeal. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).